FILED'10 FEB 10 16:34USDC-ORP

Todd A. Hanchett, OSB No. 99278
thanchett@barran.com
Karen L. O'Connor, OSB No. 95371
Barran Liebman LLP
601 SW Second Avenue
Suite 2300
Portland, Oregon 97204-3159
Telephone: (503) 228-0500
Facsimile: (503) 274-1212
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| BOARD OF TRUSTEES OF THE WESTERN STATES INCOME SECURITY FUND, | CV. 09-844-MO |
| Plaintiff, | |
| v. | [PROPOSED] JUDGMENT |
| TODD MACCLANATHAN, TRACEY MACCLANATHAN, KRISTY TALCOTT, AND VICKI MANLOVE, | |
| Defendants. | |

Pursuant to this Court's December 18, 2009 Opinion and Order (Docket No. 20), Fed. R. Civ. P. 54(b) and Fed. R. Civ. P. 58(b), this Court finds that there is no just reason for delay, and it is hereby ORDERED and ADJUDGED that:

Plaintiff is discharged from further liability to any or all defendants named herein under the Complaint;

Page 1 – [PROPOSED] JUDGMENT

00164135.1

BARRAN LIEBMAN LLP
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR 97204-3159
PHONE (503) 228-0500  FAX (503) 274-1212

Plaintiff is discharged and relieved of any further responsibility in this action;

Plaintiff is awarded attorney fees and costs in the total amount of $10,143.57.

DATED this __10__ day of __Feb__, 2010.

*Michael W. Mosman*
Michael W. Mosman
United States District Judge

Submitted by:
BARRAN LIEBMAN LLP
Todd Hanchett, OSB No. 99278
Karen L. O'Connor, OSB No. 95371
Attorneys for Defendant

Page 2 – [PROPOSED] JUDGMENT

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of January, 2010, I served the foregoing [PROPOSED] JUDGMENT on the following parties at the following addresses:

Larry Dawson
Bryan W. Dawson
Dawson & Dawson, P.C.
5695 Hood Street
West Linn, OR 97068

John C. O'Brien, Jr.
4511 SE Hawthorne Blvd., Suite 207
Portland, OR 97215

By causing the same to be:  ☒ emailed   ☐ hand delivered   ☐ faxed   ☐ mailed to them a true and correct copy thereof.

_____
Karen L. O'Connor

Page 1 – CERTIFICATE OF SERVICE